## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-62869-Civ-COOKE/HUNT

DEBRA TOUHEY,

     Plaintiff,

vs.

UNITEK LEARNING, INC. d/b/a UNITEK
COLLEGE, *et al.*,

     Defendants.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See Joint Stipulation of Dismissal with Prejudice*, ECF No. 7. The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* any pending motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of March 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*